# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDABETH RIVERA, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Civil Action No. 16-2714<br><br>Hon. Edmond E. Chang<br><br>Magistrate Michael T. Mason |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on **March 15, 2016** at **8:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Edmond E. Chang, or whomever may be designated to sit in his stead, in Room 2119 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Plaintiff's Motion For Class Certification,* a copy of which is attached.

Dated: March 1, 2016
   Chicago, IL

                Respectfully submitted,

                By: */s/ Katrina Carroll*
                Katrina Carroll
                kcarroll@litedepalma.com
                Kyle A. Shamberg
                kshamberg@litedepalma.com
                **LITE DEPALMA GREENBERG, LLC**
                211 West Wacker Drive, Suite 500
                Chicago, Illinois 60606
                Telephone: (312) 750-1265

                **AHDOOT & WOLFSON, PC**
                Robert Ahdoot*
                radhoot@ahdootwolfson.com
                Tina Wolfson*
                twolfson@ahdootwolfson.com

Brad King*
bking@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, California 90069
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

**CAREY RODRIGUEZ
MILIAN GONYA, LLP**
David P. Milian*
dmilian@careyrodriguez.com
Frank S. Hedin*
fhedin@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile:  (305) 372-7475

*\*Pro Hac Vice Application Forthcoming*

**Counsel for Plaintiff and the Putative Class**

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **NOTICE OF MOTION** and accompanying Motion were filed this 1st day of March, 2016, via the electronic filing system of the United States District Court for the Northern District of Illinois.

/s/ *Katrina Carroll*
Katrina Carroll