UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDABETH RIVERA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Civil Action No. 1:16-cv-02714<br><br>(JURY TRIAL DEMANDED) |

## NOTICE OF MOOTNESS OF CONSTITUTIONAL CHALLENGE

Plaintiff Lindabeth Rivera, individually and on behalf of the proposed class, hereby notifies the Court of her position that, in light of the filing of the First Amended Class Action Complaint, the as-applied constitutional challenge raised by Google to the Class Action Complaint is moot.

Dated: March 27, 2016

Respectfully submitted,

By: */s/ Frank S. Hedin*
**CAREY RODRIGUEZ**
**MILIAN GONYA, LLP**
David P. Milian*
dmilian@careyrodriguez.com
Frank S. Hedin*
fhedin@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
**Lite DePalma Greenberg, LLC**
211 West Wacker Drive, Suite 500
Chicago, Illinois 60606
Telephone: (312) 750-1265

**AHDOOT & WOLFSON, PC**
Robert Ahdoot*
radhoot@ahdootwolfson.com
Tina Wolfson*
twolfson@ahdootwolfson.com
Brad King*
bking@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, California 90069
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Pro Hac Vice Application Forthcoming*

**Counsel for Plaintiff and the Putative Class**