## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDABETH RIVERA, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Civil Action No. 1:16-cv-2714<br><br>Hon. Edmond E. Chang<br><br>Magistrate Michael T. Mason |
| JOSEPH WEISS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Civil Action No. 1:16-cv-02870<br><br>Hon. Edmond E. Chang<br><br>Magistrate Michael T. Mason |

## STIPULATION REGARDING MOTIONS TO DISMISS
## FIRST AMENDED COMPLAINT

Plaintiffs Lindabeth Rivera and Joseph Weiss ("Plaintiffs") and Defendant Google Inc. ("Google") hereby stipulate and agree as follows:

WHEREAS, on May 27, 2016, Plaintiffs filed their respective First Amended Complaints against Google (ECF Docs. 40 and 41);

WHEREAS, Google had previously filed a Consolidated Motion to Dismiss Plaintiffs' respective Class Action Complaints (ECF Doc. 33; *see also* Dkt No. 1:16-cv-2870, ECF Doc. 30);

WHEREAS, the filing of Plaintiffs' First Amended Complaints rendered the Motion to

1

Dismiss the prior Class Action Complaints moot;

WHEREAS, the parties have met and conferred regarding a schedule for the filing and briefing of Google's Motion to Dismiss Plaintiffs' First Amended Class Action Complaints;

THEREFORE, the parties stipulate and agree as follows:

1.) Google shall file a consolidated Motion to Dismiss the First Amended Complaints filed by both Rivera and Weiss by June 17, 2016, along with a supporting Memorandum of Law not to exceed thirty (30) pages;

2.) Plaintiffs shall file their opposition to the Motion to Dismiss, not to exceed thirty (30) pages, by July 1, 2016; and

3.) Google shall file its reply in further support of the Motion to Dismiss, not to exceed twenty (20) pages, by July 18, 2016

Dated:  June 1, 2016						Respectfully submitted,


							*/s/ Katrina Carroll*
							Katrina Carroll
							kcarroll@litedepalma.com
							Kyle A. Shamberg
							kshamberg@litedepalma.com
							**LITE DEPALMA GREENBERG, LLC**
							211 West Wacker Drive, Suite 500
							Chicago, Illinois 60606
							Telephone: (312) 750-1265

							**AHDOOT & WOLFSON, PC**
							Robert Ahdoot
							radhoot@ahdootwolfson.com
							Tina Wolfson
							twolfson@ahdootwolfson.com
							Bradley King
							bking@ahdootwolfson.com
							1016 Palm Avenue
							West Hollywood, California 90069
							Telephone: (310) 474-9111

2

Facsimile: (310) 474-8585

**CAREY RODRIGUEZ
MILIAN GONYA, LLP**
David P. Milian
dmilian@careyrodriguez.com
Frank S. Hedin
fhedin@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile:  (305) 372-7475

*Counsel for Plaintiff and the Putative Class*



*/s/ Debra Bernard*
Debra Bernard

**PERKINS COIE LLP**
Debra R. Bernard (ARDC No. 6191217)
DBernard@perkinscoie.com
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Telephone: 312.324.8400
Facsimile: 312.324.9400

Susan D. Fahringer, admitted pro hac vice
SFahringer@perkinscoie.com
Nicola C. Menaldo, admitted pro hac vice
NMenaldo@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Sunita Bali, admitted pro hac vice
SBali@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  415.344.7000
Facsimile:  415.344.7050

*Counsel for Defendant Google Inc.*