# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDABETH RIVERA, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Civil Action No. 1:16-cv-2714<br><br>Hon. Edmond E. Chang<br><br>Magistrate Michael T. Mason |
| JOSEPH WEISS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>       Defendant. | |

## AGREED MOTION REGARDING MOTION TO DISMISS
## FIRST AMENDED COMPLAINTS

Plaintiffs Lindabeth Rivera and Joseph Weiss ("Plaintiffs") and Defendant Google Inc. ("Google") hereby submit this Agreed Motion regarding Defendant's Motion to Dismiss Plaintiffs' First Amended Complaints, and in support state as follow:

    1.    On May 27, 2016, Plaintiffs filed their respective First Amended Complaints against Google (ECF Docs. 40 and 41);

    2.    Google had previously filed an omnibus Motion to Dismiss Plaintiffs' respective Class Action Complaints (ECF Doc. 33; *see also* Dkt No. 1:16-cv-2870, ECF Doc. 30), for which the Court had previously allowed enlarged page limits (ECF Doc. 30; *see also* Dkt No. 1:16-cv-2870, ECF Doc. 27);

1

3. The filing of Plaintiffs' First Amended Complaints rendered the Motion to Dismiss the prior Class Action Complaints moot;

4. The parties have met and conferred regarding a schedule for the filing and briefing of Google's combined Motion to Dismiss Plaintiffs' First Amended Class Action Complaints, and on June 1, 2016 filed a Stipulation setting forth that schedule and including the enlarged page limits (ECF Doc.44);

5. As set forth in the Stipulation, the parties have agreed to the following briefing schedule: Google shall file a combined Motion to Dismiss the First Amended Complaints filed by both Rivera and Weiss by June 17, 2016, along with a supporting Memorandum of Law not to exceed thirty (30) pages; Plaintiffs shall file their opposition to the Motion to Dismiss, not to exceed thirty (30) pages, by July 1, 2016; and Google shall file its reply in further support of the Motion to Dismiss, not to exceed twenty (20) pages, by July 18, 2016.

WHEREFORE, the parties request that the Court enter an Order adopting this schedule and page limits and for such other and further relief the Court deems necessary in the interests of justice.

Dated: June 8, 2016                  Respectfully submitted,

*/s/ Katrina Carroll*
Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
**LITE DEPALMA GREENBERG, LLC**
211 West Wacker Drive, Suite 500
Chicago, Illinois 60606
Telephone: (312) 750-1265

**AHDOOT & WOLFSON, PC**
Robert Ahdoot

2
kd010502

radhoot@ahdootwolfson.com
Tina Wolfson
twolfson@ahdootwolfson.com
Bradley King
bking@ahdootwolfson.com
1016 Palm Avenue
West Hollywood, California 90069
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

**CAREY RODRIGUEZ
MILIAN GONYA, LLP**
David P. Milian
dmilian@careyrodriguez.com
Frank S. Hedin
fhedin@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

*Counsel for Plaintiff and the Putative Class*

*/s/ Debra Bernard*
Debra Bernard

**PERKINS COIE LLP**
Debra R. Bernard (ARDC No. 6191217)
DBernard@perkinscoie.com
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Telephone: 312.324.8400
Facsimile: 312.324.9400

Susan D. Fahringer, admitted pro hac vice
SFahringer@perkinscoie.com
Nicola C. Menaldo, admitted pro hac vice
NMenaldo@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Sunita Bali, admitted pro hac vice
SBali@perkinscoie.com

3

505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  415.344.7000
Facsimile:  415.344.7050

*Counsel for Defendant Google Inc.*