## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Lindabeth Rivera, et al.
                            Plaintiff,

v.                                                     Case No.: 1:16−cv−02714
                                                       Honorable Edmond E. Chang

Google, Inc.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 10, 2016:

      MINUTE entry before the Honorable Edmond E. Chang: The agreed scheduling motion [45] is granted: Defendant shall file a combined motion to dismiss by 06/17/2016 (brief not to exceed 30 pages). Plaintiffs' combined response is due by 07/01/2016, also no more than 30 pages. Defendant's reply is due by 07/18/2016 (20−page maximum). The status hearing of 06/23/2016 is reset to 08/02/2016 at 10 a.m. Mailed notice (meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.