IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDABETH RIVERA, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No.: 1:16-cv-02714<br><br>Judge: Honorable Edmond E. Chang<br><br>Magistrate Michael T. Mason |
| JOSEPH WEISS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | |

**DEFENDANT GOOGLE INC.'S NOTICE OF CONSTITUTIONAL CHALLENGE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 5.1**

**TO THE COURT, THE ATTORNEY GENERAL OF THE STATE OF ILLINOIS, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 5.1(a), Defendant Google Inc. ("Google") hereby gives notice that its Consolidated Motion to Dismiss Plaintiffs' First Amended Complaints, filed on June 17, 2016 [Dkt. 48], calls into question the constitutionality of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1, *et seq*.

Specifically, Google contends that interpreting BIPA to apply to photographs and information derived from photographs, as Plaintiffs propose, would render the statute unconstitutional under the Commerce Clause of the United States Constitution, U.S. Const. art. I, § 8, cl. 3.

Copies of this Notice, as well as Google's Consolidated Motion to Dismiss Plaintiffs' First Amended Complaints and supporting documents, will be served via registered U.S. Mail on the Attorney General of Illinois at the following address:

Lisa Madigan, Illinois Attorney General
Office of the Attorney General
Chicago Main Office
100 West Randolph Street
Chicago, Illinois 60601

Dated: June 17, 2016

GOOGLE INC.,

By: */s/ Susan D. Fahringer*
Susan D. Fahringer

**PERKINS COIE LLP**

Susan D. Fahringer, *admitted pro hac vice*
SFahringer@perkinscoie.com
Nicola C. Menaldo, *admitted pro hac vice*
NMenaldo@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Sunita Bali, *admitted pro hac vice*
SBali@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Debra R. Bernard (ARDC No. 6191217)
DBernard@perkinscoie.com
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Telephone: 312.324.8400
Facsimile: 312.324.9400