UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Lindabeth Rivera, et al.
                              Plaintiff,

v.                                           Case No.: 1:16–cv–02714
                                             Honorable Edmond E. Chang

Google, Inc.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 19, 2016:

    MINUTE entry before the Honorable Edmond E. Chang:The motion to dismiss [48] remains pending, so the status hearing of 12/22/2016 is reset to 01/27/2017 at 8:30 AM.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.