UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Lindabeth Rivera, et al.
                              Plaintiff,

v.                                                 Case No.: 1:16−cv−02714
                                                        Honorable Edmond E. Chang

Google, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 20, 2018:

       MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Out−of−state attorneys for both sides appeared by telephone. Local counsel for both sides appeared in court. Counsel for both sides reported that discovery will close on time, or a week or so after, depending on the 30(b)(6) deposition for two topics (one designee). Ideally, the 30(b)(6) notice will be served today, but no later than 02/23/2018. The Court discussed the next steps: neither side seemed to think expert discovery was necessary, but this must be confirmed so that there is no surprise during the summary judgment briefing. Also, it would makes sense for Plaintiffs to cross−move on the defenses (and Plaintiffs might move on straight liability, without a cross−motion from the defense), but the Court hopes to reduce the briefs from six to four. By 03/19/2018, the parties shall file a status report on the next step, including a proposed briefing schedule on the cross motions for summary judgment. If there is a disagreement, then each party shall set forth their position in the same filing. Status hearing set for 03/22/2018 at 10:45 a.m. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.