## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDABETH RIVERA, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:16-cv-2714<br><br>Hon. Edmond E. Chang<br><br>Magistrate Michael T. Mason |
| JOSEPH WEISS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 1:16-cv-02870<br><br>Hon. Edmond E. Chang<br><br>Magistrate Michael T. Mason |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Lindabeth Rivera and Joseph Weiss (collectively, "Plaintiffs") in the above-named cases, appeal to the United States Court of Appeals for the Seventh Circuit from the memorandum opinion and order (Dkt. 206 (sealed); Dkt. 207 (public redacted version)) and final judgment (Dkt. 208) dismissing Plaintiffs' claims for lack of subject matter jurisdiction, entered on December 29, 2018 in Case No. 1:16-cv-2714.

Respectfully submitted,

Dated: January 24, 2019

*/s/ Tina Wolfson*
**AHDOOT & WOLFSON, PC**
Tina Wolfson, *admitted pro hac vice*
twolfson@ahdootwolfson.com
Robert R. Ahdoot, *admitted pro hac vice*

1

radhoot@ahdootwolfson.com
Theodore W. Maya, *admitted pro hac vice*
tmaya@ahdootwolfson.com
Bradley K. King, *admitted pro hac vice*
bking@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, California 90024
Telephone: (310) 474-9111

**CAREY RODRIGUEZ**
**MILIAN GONYA, LLP**
David P. Milian, *admitted pro hac vice*
dmilian@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474

**LITE DEPALMA GREENBERG, LLC**
Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
211 West Wacker Drive, Suite 500
Chicago, Illinois 60606
Telephone: (312) 750-1265

***Attorneys for Plaintiffs and the Putative Class***

2