# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LINDABETH RIVERA, and JOSEPH WEISS, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>  Defendant. | Civil Action No. 1:16-cv-02714<br><br>Judge: Hon. Edmond E. Chang |

## JOINT STATUS REPORT

The parties submit this status report pursuant to this Court's Memorandum Opinion and Order dated August 30, 2021 (ECF 258)("Order"). For the reasons stated in the Order, this action was stayed in favor of a parallel case filed in Illinois state court. The Illinois state court case is proceeding and the conditions that prompted this Court to stay this action have not changed. The parties agree that this action should remain stayed pending the outcome of the state court litigation. The parties respectfully request that the Court set another status report deadline for approximately 180-days from the date of this report.

Respectfully Submitted,
April 11, 2022

By: */s/David P. Milian*

CAREY RODRIGUEZ MILIAN, LLP
David P. Milian*
dmilian@careyrodriguez.com
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Tel: (305) 372-7474
Fax: (305) 372-7475

AHDOOT & WOLFSON, P.C.
Tina Wolfson*
twolfson@ahdootwolfson.com
Robert Ahdoot
rahdoot@ahdootwolfson.com
Bradley K. King
bking@ahdootwolfson.com
2600 West Olive Ave., Ste. 500
Burbank, California 91505
Tel: (310) 474-9111;
Fax: (310) 474-8585

CARLSON LYNCH, LLP
Katrina Carroll
kcarroll@carlsonlynch.com
Kyle Shamberg
kshambert@carlsonlynch.com
111 West Washington Street, Suite 1240
Chicago, IL 60602
Tel: (312) 750-1265

Attorneys for Plaintiffs

By: */s/Susan Fahringer*

PERKINS COIE LLP
Susan D. Fahringer*
sfahringer@perkinscoie.com
Ryan Spear
rspear@perkinscoie.com
Nicola Menaldo
nmenaldo@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Tel: (206) 359-8000

PERKINS COIE LLP
Debra R. Bernard
dbernard@perkinscoie.com
Kathleen A. Stetsko
kstetsko@perkinscoie.com
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603
Tel: (312) 324-8400

Attorneys for Defendant

*Admitted pro hac vice